# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kenneth R Morris,              Chapter     13

**Debtor 1**

Case No.     5:23–bk–01853–MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 23, 2024

ordsmiss (05/18)