# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 8/23/2024

Case: 5:23–bk–01853–MJC     Form ID: ordsmiss     Total: 30

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Michelle McGowan | mimcgowan@raslg.com |
| aty | Timothy B. Fisher, II | donna.kau@pocono–lawyers.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Kenneth R Morris | 3422 Buck Run    Tannersville, PA 18372 |
| cr | U.S. Bank Trust National Association | Robertson, Anschutz, Schneid, Crane    13010 Morris Road, Suite 450    Alpharetta, GA 30004 |
| cr | U.S. BANK TRUST NATIONAL ASSOCIATION | Robertson, Anschutz, Schneid, Crane & Pa    13010 Morris Road., Suite 450    Alpharetta, GA 30004 |
| 5560661 | Accounts Services Dept | P.O. Box 731    Mahwah, NJ 07430 |
| 5560662 | Cobble Creek | 3121 Rocky Lane    Tannersville, PA 18372 |
| 5579823 | Cobble Creek Community Association | c/o Young & Haros, LLC    802 Main Street    Stroudsburg, PA 18360 |
| 5560663 | Credit One Bank | PO Box 98872    Las Vegas, NV 89193 |
| 5573460 | Emergency Physician Associates of Pennsylvania PC | PO Box 1123    Minneapolis, MN 55440–1123 |
| 5560664 | First Premier Bank | 3820 N Louise Ave    Sioux Falls, SD 57107 |
| 5560665 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 5560666 | KML Law Group, P.C. | Ste 5000 – BNY Independence Center    701 Market St    Philadelphia, PA 19106–1532 |
| 5561328 | LVNV Funding, LLC | Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587 |
| 5560667 | Lehigh Valley Health Network | P.O. Box 981006    Boston, MA 02298–1006 |
| 5560668 | Peerless Credit Services | PO Box 518    Middletown, PA 17057 |
| 5574146 | Premier Bankcard, LLC | Jefferson Capital Systems, LLC Assignee    PO Box 7999    St. Cloud, MN 56302–9617 |
| 5560669 | Progressive Physician Associates | 95 Highland Ave    Suite 130    Bethlehem, PA 18017 |
| 5569653 | Quantum3 Group LLC as agent for | CF Medical LLC    PO Box 788    Kirkland, WA 98083–0788 |
| 5560670 | Raymour and Flanigan | 1000 Macarthur Bv    Mahwah, NJ 07430 |
| 5560671 | Receivable MGMT Group | 2901 University Ave    #29    Columbus, GA 31907–7606 |
| 5560672 | Selene Finance | P. O. Box 8619    Philadelphia, PA 19101–8619 |
| 5560673 | St. Luke's Physician Group | P.O.Box 5489    Bethlehem, PA 18015 |
| 5565793 | TD Retail Card Services | c/o Creditors Bankruptcy Service    P.O. Box 800849    Dallas, TX 75380 |
| 5585104 | U.S. BANK TRUST NATIONAL ASSOCIATION | Robertson, Anschutz, Schneid, Crane    13010 Morris Road., Suite 450    Alpharetta, GA 30004 |
| 5573207 | U.S. BANK TRUST NATIONAL ASSOCIATION | c/o Selene Finance LP,    3501 Olympus Blvd, Suite 500,    Dallas, TX 75019 |
| 5560674 | U.S. Bank Trust N.A. | 9990 Richmond Ave.    Suite 400    Houston, TX 77042 |
| 5561805 | U.S. Bank Trust National Association | Robertson, Anschutz, Schneid, Crane    13010 Morris Road, Suite 450    Alpharetta, GA 30004 |

TOTAL: 26